IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LISA E. GARVINE | * | |
| Plaintiff | * | |
| v. | * | |
| THE STATE OF MARYLAND, et al. | * | Case No. 1:17-cv-01013-MJG |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT, THE OXFORD GRAIN AND HAY COMPANY
### (HEARING REQUESTED)

Defendant, The Oxford Grain & Hay Company ("Oxford"), by and through its counsel, Guido Porcarelli and The Law Offices of Frank F. Daily, P.A., hereby moves this Honorable Court, pursuant to Fed.R. Civ.P. 56 and Local Rule 105, for entry of summary judgment on all claims filed against it by Plaintiff, Lisa Garvine ("Plaintiff") and by Defendant, The State of Maryland ("the State").

This lawsuit arises out of injuries sustained by Ms. Garvine on October 11, 2015, during a trail ride when her horse backed off of a roadway, over an embankment, and into a culvert several feet below. The incident occurred at Fair Hill Natural Resource Management Area ("Fair Hill"), a 5600 acre tract of parkland located in Cecil County, Maryland, which is owned and operated by the State. At the time of the incident, Plaintiff was a voluntary participant in a breast cancer awareness charity ride organized by Oxford, and otherwise known as the "Pink Poker Prance." As a result of the incident,

Plaintiff alleges that she: fractured her scapula, lost wages ($1,987.71), incurred medical ($4,826.37) and veterinary bills ($570.83), and replaced a saddle and bridle ($332.00).

Plaintiff initially filed this lawsuit in the Circuit Court for Cecil County, alleging one count of negligence against the State. The State, in turn, filed a Third Party Complaint against Oxford seeking indemnification and/or contribution. In an attempt to pursue Oxford directly, Plaintiff filed a pleading entitled, "Third Party Complaint." Oxford removed the case to this Honorable Court after which Plaintiff filed an "Amended Complaint" against the Defendants, with a somewhat modified fact pattern, but nonetheless only one (1) count of negligence against each of the two (2) Defendants.

There are several defenses upon which Oxford relies in respectfully requesting summary judgment. First, Plaintiff signed a waiver before voluntarily participating in the charity event. Therein, she released Oxford from any liability for injuries or damage to herself, her horse, and her property. Second, Oxford was not responsible for, and owed no duty to, Plaintiff with respect to the culvert into which she fell as it was not part of the designated trail to be used for the charity event. Third, there is no evidence that Oxford, as the organizer of the event, breached any duty it may have allegedly owed to Plaintiff as a participant. Fourth, Plaintiff cannot establish causation. Finally, Plaintiff's claim is barred because she assumed the risk of her injuries, and because she was contributorily negligent. As such, Plaintiff is not entitled to recover against Oxford, and the State is not entitled to contribution and/or indemnification from Oxford.

Oxford incorporates by reference herein arguments made by the State in its Motion for Summary Judgment, and to the extent the positions taken therein are not inconsistent with the positions taken by Oxford in the course of this litigation.

WHEREFORE, Oxford respectfully requests that this Honorable Court enter summary judgment in its favor on all claims asserted against it in this lawsuit.

Respectfully submitted,

_____/s/_____
Guido Porcarelli, Fed. Bar No. 08058
The Law Offices of Frank F. Daily, P.A.
Suite 704, Executive Plaza III
11350 McCormick Road
Hunt Valley, MD 21031
410- 584-9443; FAX: 410-584-9619
gporcarelli@frankdailylaw.com

Attorney for Defendant,
The Oxford Grain & Hay Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LISA E. GARVINE | * | |
| Plaintiff | * | |
| v. | * | |
| THE STATE OF MARYLAND, et al. | * | Case No. 1:17-cv-01013-MJG |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

Defendant, The Oxford Grain & Hay Company, respectfully requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

_____/s/_____
Guido Porcarelli, Fed. Bar No. 08058
The Law Offices of Frank F. Daily, P.A.
Suite 704, Executive Plaza III
11350 McCormick Road
Hunt Valley, MD 21031
410- 584-9443; FAX: 410-584-9619
gporcarelli@frankdailylaw.com

Attorney for Defendant,
The Oxford Grain & Hay Company

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March 2018, a copy of the foregoing Motion for Summary Judgment, Request for Hearing, Memorandum in Support of Motion for Summary Judgment, and proposed Order was electronically served through the court's ECM – ECF system upon the following counsel of record:

| | |
|---|---|
| Charles L. Scott, Jr., Esq. | Julia Solomon, Esq. |
| Scott and Scott, P.A. | Assistant Attorney General |
| 109 East Main Street | Maryland Department of Natural Resources |
| Elkton, Maryland 21921 | 580 Taylor Avenue, C-4 |
| Attorney for Plaintiff | Annapolis, Maryland 21401 |
| | Attorney for Defendant, State of Maryland |

Louis G. Close, III, Esq.
Office of Louis G. Close III LLC
403 Central Avenue
Towson, Maryland 21204
Attorney for Plaintiff

_____/s/_____
Guido Porcarelli