# The Law Offices of Frank F. Daily, P.A.

Frank F. Daily

*Associates*
Guido Porcarelli
Sean P. Edwards
Laura A. Simmons *
Larissa N. Byers **
Lisa M. Morgan *
Kevin A. Dowgiewicz
Erin M. Cheikh
Diana Kobrin *
Lindsay E. Bird
Jennifer H. Fitzgerald *
Caroline E. Payton

* ALSO ADMITTED IN DC
** ALSO ADMITTED IN DC AND VA

11350 McCormick Road
Executive Plaza III, Suite 704
Hunt Valley, MD 21031

Telephone: (410) 584-9443
Facsimile: (410) 584-9619
www.FrankDailyLaw.com
E-mail: Info@FrankDailyLaw.com

*Paralegals*
Heather L. Fusco
Tina M. Kovatch
Jeanette G. Willsey
Sharon L. Petillo
Mary Pat DiBiagio
Sherrie A. Fleetwood
Carolyn M. Coté
Barbara M. Bunney
Diane E. Black
Karim T. Cheikh

Writer's E-mail Address:
GPorcarelli@frankdailylaw.com

April 2, 2018

Clerk
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re: <u>Garvine v. The State of Maryland, et al.</u>
        Case No. 1:17 CV-01013-MJG

Dear Clerk:

    This is to advise that a courtesy hardcopy of the Motion for Summary Judgment filed by the Defendant, The Oxford Grain & Hay Company, Memorandum of Support, Proposed Order and Exhibits, was mailed to Judge Garbis today.

    Thank you for your attention to the above.

                                Very truly yours,

                                Guido Porcarelli

GP/dmc
cc: The Honorable Marvin J. Garbis
    Charles L. Scott, Jr., Esquire
    Louis G. Close, III, Esquire
    Julia G. Solomon, Esquire