UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA E. GARVINE | * | |
| Plaintiff | * | |
| v. | * | |
| THE STATE OF MARYLAND, et al. | * | Case No. 1:17 CV 01013-JMC |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT SHEET

1. Do you find, by a preponderance of the evidence, that Defendant State of Maryland was negligent, and that its negligence was a proximate cause of Ms. Garvine's injuries?

Yes _____ No __X__

2. Do you find, by a preponderance of the evidence, that Defendant The Oxford Grain and Hay Company was negligent, and that its negligence was a proximate cause of Ms. Garvine's injuries?

Yes _____ No __X__

If you answered "No" to both 1 **and** 2, please stop here and contact the bailiff.

If you answered "Yes" to either 1 **or** 2, go to Question 3.

3. Do you find, by a preponderance of the evidence, that Ms. Garvine was contributorily negligent, and her own negligence was a proximate cause of her injuries?

Yes _____ No _____

If you answered "Yes," please stop here and contact the bailiff.

If you answered "No," go to Question 4.

4. Do you find, by a preponderance of the evidence, that Ms. Garvine assumed the risk of her injuries on October 11, 2015?

Yes _____ No _____

If you answered "Yes," please stop here and contact the bailiff.

If you answered "No," go to Question 5.

5. What damages, if any, do you award to Ms. Garvine?

Past non-economic damages $ _____

Date: 4/14/19

**SIGNATURE REDACTED**

Jury Foreperson